**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30115 |
| Plaintiff-Appellee, | D.C. No. 1:07-cr-00005-TMB |
| v. | |
| ROLLIN LEE SPENCER, a.k.a. Spence Leigh Roland, a.k.a. Steven L. Spencer, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Timothy M. Burgess, Chief Judge, Presiding

Submitted March 13, 2018[**]

Before:    LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Rollin Lee Spencer appeals from the district court's judgment and

challenges the revocation of his supervised release and the 24-month sentence

imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Spencer's counsel has filed a brief stating that there are no grounds for relief, along

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record. Spencer has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

All remaining requests for relief, including those contained in Spencer's January 22, 2018, letter to the court, are **DENIED.**

**AFFIRMED.**

17-30115